J. Buttgenbach & Company, a partnership composed of J. Buttgenbach, E. Todros, E. Van de Rest and Jules Rolins, Plaintiffs in Error, v. Minor Frazier, Defendant in Error.

## Division B.

Writ of error to Circuit Court, Citrus county; William A. Hocker, Judge.

R. W. Williams for plaintiffs in error.

No appearance for defendant in error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*